IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL NO. 101 PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:10-cv-1133-SWH |
| GAINES CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

The parties in the above-captioned action hereby jointly stipulate to dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

**BLAKE & UHLIG, P.A.**
475 New Brotherhood Building
753 State Avenue
Kansas City, Kansas 66101
(913) 321-8884

By /s/ Martin W. Walter
    Martin W. Walter
    Missouri Bar No. 48867
**ATTORNEYS FOR PLAINTIFFS**

**BOBROFF, HESSE, MARTONE & DOETZEL, PC**
1650 DesPeres Rd. Suite 200
St. Louis, MO 63131
(314) 862-3295


By /s/ Matthew Robinson
    Matthew Robinson
Missouri Bar No. 52954
**ATTORNEYS FOR DEFENDANT**