# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL NO. 10 PENSION FUND, et al, | ) ) ) |
| Plaintiffs, | ) ) ) Case No.10-01133-CV-W-SWH |
| vs. | ) ) |
| GAINES CONSTRUCTION, INC., | ) ) |
| Defendants, | ) ) |

## CLERK'S ORDER OF DISMISSAL

On June 14, 2011, parties filed a Stipulation of Dismissal, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS ORDERED that this action be dismissed with prejudice, with each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Ann Thompson, Court Executive

By      /s/ JoRita Gicinto
        Deputy Clerk

Date:   June 14, 2011